IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| KENNETH W. KUSH, JR., | CV 26–7–H–DWM |
| Plaintiffs, | |
| vs. | ORDER |
| HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI and NAVIENT SOLUCTIONS, LLC, | |
| Defendants. | |

On February 6, 2026, Plaintiff Kennth Kuth, Jr. sued Defendants Higher Education Loan Authority of the State of Missouri and Navient Solutions, LLC (collectively, "Defendants") for breach of contract and violation of the Montana Consumer Protection Act arising out of his private student loans. (Doc. 1.) On April 20, 2026, Defendants moved to dismiss for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure. (Doc. 11.) In response, Kush filed an Amended Complaint. (Doc. 16.) Because "an amended pleading supersedes the original pleading," *Koala v. Khosla*, 931 F.3d 887, 895 (9th Cir. 2019),

1

IT IS ORDERED that Defendants' motion to dismiss (Doc. 11) is DENIED as MOOT. Defendants must answer or otherwise respond to the Amended Complaint by the deadline provided for in Rule 12(a).

DATED this 8th day of June, 2026.

Donald W. Molloy, District Judge
United States District Court

2